UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                                           No. 13-48527-wsd

DAVID J. CAMERON                         Chapter 13
and KRISTY L. CAMERON,              Judge Shapero

        Debtors.
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO**
**CONFIRMATION OF CHAPTER 13 PLAN**

    PLEASE TAKE NOTICE that Creditor Zubor Buick GMC, Inc., by its attorneys, Bernardi, Ronayne & Glusac, P.C., withdraws its Objection to Confirmation of Chapter 13 Plan.

                                          BERNARDI, RONAYNE & GLUSAC, P.C.

                                          /s/Rodney M. Glusac
                                          Attorneys for Zubor
                                          1058 Maple Street
                                          Suite 100
                                          Plymouth, MI 48170
                                          (734) 416-1780
                                          rodg@brgpc.com
                                          P43756

Dated: August 5, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DAVID J. CAMERON
and KRISTY L. CAMERON,

      Debtors.
_____/

No. 13-48527-wsd
Chapter 13
Judge Shapero

**CERTIFICATION OF SERVICE**

      I certify that on August 5, 2013, I electronically filed the Notice of Withdrawal of Objection to Confirmation of Chapter 13 Plan (the "Pleadings") with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

- **Kurt M. Kobiljak**   kkobiljak@pck-law.com
- **John C. Lange**   jlange@glmpc.com
- **Crystal L. Price-Buckley**   easternecf@trottlaw.com
- **Adam Jonathan Reatherford**   Easternecf@trottlaw.com
- **Brian D. Rodriguez**   brodriguez@glmpc.com
- **Tammy L. Terry**   mieb_ecfadmin@det13.net

and I certify that I have mailed by United States Postal Service the Pleadings to the non-ECF participants: NONE

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated: August 5, 2013

/s/Rodney M. Glusac
Attorneys for Zubor Buick GMC, Inc.
1058 Maple Street
Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
P43756

2